Nathan J. Novak, SBN 240473
nnovak@colepedroza.com
Amy E. Rankin, SBN 322807
arankin@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel: (626) 431-2787
Fax: (626) 431-2788

Attorneys for Debtor/Cross-Complainant
ACCLIVITY WEST, LLC

FILED & ENTERED

JAN 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ACCLIVITY WEST, LLC,<br><br>       Debtor.<br>_____<br><br>BEN MOHR, an individual, KELLY WOO, an Individual, ALEKSANDER DYO, an individual, and HOWARD LEE, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>ACCLIVITY WEST, LLC, a California Limited Liability Company, and DOES 1-2, inclusive,<br><br>       Defendants. | Adversary No. 2:24-ap-01036-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Hearing Information:<br>Date:  Jan. 22, 2026<br>Time: 11:00 a.m.<br>Ctrm: 1368 Roybal Federal Bldg.<br>      255 E. Temple St.<br>      Los Angeles, CA  90012 |

1

ACCLIVITY WEST, LLC, a California Limited Liability Company,

Cross-Complainant,

v.

BEN MOHR, an individual, and ROES 1 through 100, inclusive,

Cross-Defendants.

The court reviewed The Stipulation To Remand filed by Acclivity West, LLC, Ben Mohr, Kelly Woo, Howard Lee, and Aleksander Dyo.  Good cause appearing, **IT IS ORDERED:**

1. The Stipulation is Approved.

2. This proceeding is remanded to the California Superior Court, County of Los Angeles.

3. The Order to Show Cause dated December 5, 2025 (Doc No. 55) is satisfied and the hearing on the OSC is vacated.

###

Date: January 5, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

2